3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PIÑA, SR., Individually And As Next Friend Of JUAN PIÑA, JR. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN, | § § § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Under the Court's order to disclose interested persons, Defendant Dorothy Marchan ("Marchan") files this certificate listing all persons and entities which have a financial interest in the outcome of this litigation:

1. Dorothy Marchan
   Derry Elementary School
   Second and Oklahoma Street
   Port Isabel, Texas 78578
   956-943-0070

2. Board of Trustees
   Point Isabel Independent School District
   956-943-0000
       Margaret Rivera, President
       Ann Schroeder, Vice-President
       Juan Jose Zamora, Jr., Assistant Secretary
       John Henry Barrera, Member
       Eddy De Los Santos, Member
       Joseph M. Furcron, Member
       Eliseo B. Vega, Member

3.    Texas Association of School Boards
P.O. Box 400
Austin, Texas 78767-0400
512-467-0222

4.    Juan Piña, Sr.
1221 Palm
Laguna Vista, Texas 78578
956-943-3388

5.    Raul Steven Pastrana
Pastrana Law Firm
812 San Antonio St., Suite G20
Austin, Texas 78701
Telephone: 512-474-4487
Facsimile: 512-322-9885

6.    Arturo G. Michel
Federal I.D. No. 7960
State Bar No. 14009440
Bracewell & Patterson, L.L.P.
South Tower Pennzoil Place
711 Louisiana, Suite 2900
Houston, Texas 77002-2781
Telephone: 713-223-2900
Facsimile: 713-221-1212

Yuri A. Calderón
Federal I.D. No. 15264
State Bar No. 00783779
Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205-3603
Telephone: 210-226-1166
Facsimile: 210-226-1133

Respectfully submitted,

Bracewell & Patterson, L.L.P.

By: _____
Arturo G. Michel
Federal I.D. No. 7960
State Bar No. 14009440
Attorney-in-Charge

711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone: 713-223-2900
      (713) 221-1212

Attorneys for the Defendant

**OF COUNSEL:**

BRACEWELL & PATTERSON, L.L.P.

Yuri A. Calderón
Federal I.D. No. 15264
State Bar No. 00783779
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205-3603
210-226-1166 - Telephone
210-226-1133 - Facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Defendant's Certificate of Interested Persons has been forwarded by certified mail, return receipt requested, on this 24th day of August, 2000 to:

> Mr. Raul S. Pastrana
> Pastrana Law Firm
> 812 San Antonio Street, Suite G-20
> Austin, Texas 78701

_____
Arturo G. Michel