4

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PIÑA, SR., Individually | § | |
| And As Next Friend Of | § | |
| JUAN PIÑA, JR., A Minor, | § | |
| | § | CIVIL ACTION NO. B-00-111 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| DOROTHY MARCHAN, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Under the Court's order to disclose interested persons, Plaintiff Juan Piña, Sr., individually and as next friend of Juan Piña, Jr., files this certificate listing all person and entities which have a financial interest in the outcome of this litigation:

1.  Juan Piña, Sr.
    Juan Piña, Jr.
    1221 Palm
    Laguna Vista, Texas 78578
    (956) 943-3388

2.  Dorothy Marchan
    Derry Elementary School
    Second and Oklahoma Street
    Port Isabel, Texas 78578
    (956) 943-0070

3.  Raul Steven Pastrana
    Southern District Federal I.D. No. 24519
    State Bar No. 15560845
    812 San Antonio St., Suite G20
    Austin, Texas 78701
    (512) 474-4487
    (512) 322-9885 [Facsimile]

1

4. Arturo G. Michel
   Southern District Federal I.D. No. 7960
   State Bar No. 14009440
   Bracewell & Patterson, L.L.P.
   South Tower Pennzoil Place
   711 Louisiana, Suite 2900
   Houston, Texas 77002-2781
   (713) 223-2900
   (713) 221-1212 [Facsimile]

5. Yuri A. Calderon
   Southern District Federal I.D. No. 15264
   State Bar No. 00783779
   Bracewell 8: Patterson, L.L.P.
   800 One Alamo Center
   106 S. St. Mary's Street
   San Antonio, Texas 78205-3603
   (210) 226-1166
   (210) 226-1133 [Facsimile]

Plaintiff would further list those entities listed by the Defendant, being as follows:

6. Board of Trustees
   Point Isabel Independent School District
   (956) 943-0000
   Margaret Rivera, President
   Ann Schroeder, Vice-President
   Juan Jose Zamora, Jr., Assistant Secretary
   John Henry Barrem, Member
   Eddy De Los Santos, Member
   Joseph M. Furcron, Member
   Eliseo B. Vega, Member

7. Texas Association of School Boards
   P.O. Box 400
   Austin, Texas 78767-0400
   (512) 467-0222

Respectfully submitted,

Raul Steven Pastrana
Southern District I.D. No. 24519
State Bar No. 15560845
PASTRANA LAW FIRM
812 San Antonio St., Suite G-20
Austin, Texas 78701
(512) 474-4487
(512) 322-9885  [FAX]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via certified mail, return receipt requested on this 15th day of September, 2000, to Mr. Arturo G. Michel, Bracewell & Patterson, L.L.P., 711 Louisiana St., Suite 2900, Houston, Texas 77002.

Raul Steven Pastrana