5

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Piña

versus

Marchan

§
§
§
§
§
§
§

CIVIL ACTION: B: 00-111

# Order Resetting Conference

The intial pre-trial conference set for *November 20, 2000,* has been reset to:

**November 21, 2000 at 2:00 p.m.**

Signed on _November 7_, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge