IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 9 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PINA, SR., Individually § | |
| And as Next Friend Of § | |
| JUAN PINA, JR. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-111 |
| § | |
| DOROTHY MARCHAN, § | |
| § | |
| Defendant. § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
<u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

Please restate the instruction before furnishing the information.

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

   **The parties conducted their Rule 26(f) meeting on November 7, 2000 via telephone, with Raul Steven Pastrana participating on behalf of the Plaintiff and Yuri Calderon participating on behalf of the Defendant.**

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   **This case was removed from Texas State Court where the action was styled: Cause No. 2000-06-002510-E;** *Juan Pina, Sr., Individually and as Next Friend of Juan Pina, Jr. vs. Dorothy Marchan*; **In the 357th Judicial District Court, Cameron County, Texas (hereinafter referred to as "State Court action").**

   **The parties are not aware of any other related State or Federal court cases.**

3. Specify the allegation of federal jurisdiction.

   **Defendant removed this action to Federal Court pursuant to 28 U.S.C. § 1441(b) because the Plaintiff is alleging violations of rights under Federal law and the United States Constitution. Further, Defendant asserts that the Federal Court has jurisdiction over Plaintiff's state court claims under 28 U.S.C. § 1367(a).**

4. Name the parties who disagree and the reasons.

   **No parties disagree with the Court's federal jurisdiction.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   **Plaintiff and Defendant do not anticipate adding any additional parties.**

6. List anticipated interventions.

   **Plaintiff and Defendant do not anticipate any interventions at this time.**

7. Describe class-action issues.

   **The parties do not have any class-action issues.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **Neither party has made it's initial disclosures at this point. However, Defendant anticipates serving her initial disclosures on Plaintiff on or about November 8, 2000.**

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

   **These matters can be discussed by both parties at the initial court conference scheduled for November 20, 2000.**

   B. When and to whom the plaintiff anticipates it may send interrogatories.

   **Plaintiff anticipates sending interrogatories to Defendant, Dorothy Marchan, by December 15, 2000.**

   C. When and to whom the defendant anticipates it may send interrogatories.

   **The Defendant intends to send Interrogatories to the Plaintiff, Juan Pina, Sr. by January 18, 2001.**

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

   **The Plaintiff anticipates taking the oral depositions of the following persons before April 14, 2001:**

    **Defendant Dorothy Marchan**
    **Mr. Marchan, husband of Defendant**
    **M.E. Jimenez, Derry Elementary School**
    **Ross Moore, Derry Elementary School**
    **Ms. Dockins, Derry Elementary School**
    **Martin Peña, Superindendent, Port Isabel Independent School District**
    **Margaret Rivera, President, Port Isabel Independent School District**
    **Ann Schroeder, Vice-President, Port Isabel Independent School District**
    **Juan Jose Zamora, Jr., Assistant Sec., Port Isabel Independent School District**
    **John Henry Barrem, Member, Port Isabel Independent School District**
    **Eddy De Los Santos, Member, Port Isabel Independent School District**
    **Joseph M. Furcron, Member, Port Isabel Independent School District**
    **Eliseo B. Vega, Member, Port Isabel Independent School District**
    **Joel Ochoa, Port Isabel Police**
    **Dr. Timothy Thurbor, treating physician**
    **Dr. Jose Hernandez, Psychiatrist/Psychologist, San Antonio, Tx**

E.  Of whom and by when the defendant anticipates taking oral depositions.

   **The Defendant intends on taking the deposition of Plaintiff, Juan Pina, Sr., and any witnesses designated by the Plaintiff by April 14, 2001.**

F.  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

   **The Plaintiff anticipates being able to designate experts by March 1, 2001, and should be able to provide expert reports by March 30, 2001. The Defendant intends on designating responsive experts by April 30, 2001.**

G.  List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

   **The Plaintiff anticipates taking the Defendant's experts' depositions within 30 thirty days from the date the Defendant designates her expert witnesses.**

H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

   **Defendant anticipates completing the depositions of any and all experts designated by Plaintiff by May 30, 2001.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

   **The parties have agreed on the discovery plan.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

   **No discovery beyond the initial disclosures has been undertaken to date. At this point it is anticipated that the Defendant will send Interrogatories and Requests for Production to the Plaintiff, Juan Pina, Sr. The Plaintiff has prepared Requests for Production to the Defendant, Dorothy Marchan, and will have sent the requests by November 20, 2000.**

12. State the date the planned discovery can reasonably be completed.

   **June 22, 2001.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

   **The parties have discussed exchanging settlement offers before the November 20, 2000 scheduled conference. In the event that the parties can not resolve the claims, the parties have expressed an interest in an early mediation of the claims.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

   **See response to number 13 above. The parties have also agreed to keep resolution of this claim via mediation in mind after each stage of discovery is completed.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

   **Even in this early stage of the case, the parties believe that an early mediation is feasible once pertinent medical and psychological documents are received and evaluated.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   **At this time, the parties have not agreed to proceed before a magistrate judge.**

17. State where a jury demand has been made and if it was made on time.

**The Plaintiff demanded a trial by jury when he filed his Original Petition in State Court.  The Defendant demanded a trial by jury when she filed the Defendant's Original Answer in the State Court action on July 17, 2000.**

18.  Specify the number of hours it will take to present the evidence in this case.

    **Two days.**

19.  List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None at this time.**

20.  List other motions pending.

    **No motions are pending at this early stage of the case.**

21.  Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

22.  List the names, bar numbers, addresses and telephone numbers of all counsel.

    **Raul Steven Pastrana**
    **Pastrana Law Firm**
    **812 San Antonio Street, Suite G20**
    **Austin, Texas 78701**
    **Telephone:    (512) 474-4487**
    **Facsimile:    (512) 322-9885**
    **State Bar No. 15560845**
    **Southern District I.D. No. 24519**
    *ATTORNEY FOR PLAINTIFF, JUAN PINA, SR.*

    **Arturo G. Michel**
    **Attorney in Charge**
    **Bracewell & Patterson, L.L.P.**
    **South Tower Pennzoil Place**
    **711 Louisiana, Suite 2900**
    **Houston, Texas 77002-2781**
    **Telephone:    (713) 223-2900**
    **Facsimile:    (713) 221-1212**
    **State Bar No. 14009440**
    **Federal I.D. No. 7960**
    **-and-**

Yuri A. Calderon
Of-Counsel
Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
Telephone:    (210) 226-1166
Facsimile:    (210) 226-1133
State Bar No. 00783779
Federal I.D. No. 15264
*ATTORNEYS FOR DEFENDANT, DOROTHY MARCHAN*

Respectfully submitted,

*Raul Steven Pastrana*   *with permission*

**Raul Steven Pastrana**
Southern District I.D. No. 24519
State Bar No. 15560845
PASTRANA LAW FIRM
812 San Antonio St., Suite G-20
Austin, Texas 78701
(512) 474-4487
(512) 322-9885  [FAX]
Attorney for Plaintiff

**Bracewell & Patterson, L.L.P.**
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
Telephone:    (210) 226-1166
Facsimile:    (210) 226-1133

By: *Yuri A. Calderon*   *with permission*
    Yuri A. Calderon
    State Bar No. 00783779
    Federal I.D. No. 15264
    Attorney for Defendant