7

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 14 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUAN PIÑA, SR., Individually And As Next Friend Of JUAN PIÑA, JR., A Minor, § § § § Plaintiff, § v. § § DOROTHY MARCHAN, § § Defendant. § | CIVIL ACTION NO. B-00-111 |

## PLAINTIFF'S UNOPPOSED MOTION TO ALLOW TELEPHONIC ATTENDANCE AT INITIAL PRE-TRIAL CONFERENCE

COMES NOW JUAN PIÑA, SR., Individually and as Next Friend of JUAN PIÑA, JR., a minor, Plaintiff in the above-captioned and styled cause, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court for permission Plaintiff's counsel to telephonically attend the initial pre-trial conference, showing the Court as follows:

1. The initial pre-trial conference in this matter is currently scheduled for November 21, 2000 at 2:00 p.m. before this Court in Brownsville, Texas. Plaintiff's counsel, Raul Steven Pastrana, offices in Austin, Texas.

2. Counsel for Plaintiff and counsel for Defendant DOROTHY MARCHAN have agreed to the proposed Joint Discovery/Case Management Plan Under Rule 26(f), which has been signed by them and filed with the Court. There are no motions pending before the Court which need to be addressed at the initial pre-trial conference. Both counsel have thus

far been cooperative in exploring avenues of mediating this dispute and, should such mediation prove futile, narrowing the issues for trial.

3. To keep the cost of this litigation down, Plaintiff respectfully requests that this Court allow his counsel, Raul Steven Pastrana, to attend the scheduled pre-trial conference telephonically, with Mr. Pastrana initiating the call to the Court at 2:00 p.m. on November 21, 2000.

4. Plaintiff would show that Defendant does not oppose this motion.

**WHEREFORE**, Plaintiff prays that the Court grant his motion and permit his counsel, Raul Steven Pastrana, to telephonically attend the initial pre-trial conference scheduled at 2:00 p.m.

Respectfully submitted,

Raul Steven Pastrana
Southern District I.D. No. 24519
State Bar No. 15560845
PASTRANA LAW FIRM
812 San Antonio St., Suite G-20
Austin, Texas 78701
(512) 474-4487
(512) 322-9885 [FAX]

## CERTIFICATE OF CONFERENCE

I hereby certify that, on this 14th day of November, 2000, I conferred with Yuri Calderon regarding the Defendant's position on this motion to allow me to attend the initial pre-trial conference telephonically, and that Mr. Calderon did not oppose said motion.

Raul Steven Pastrana

2