8

United States District Court
Southern District of Texas
FILED

NOV 1 4 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PIÑA, SR., Individually | § | |
| And As Next Friend Of | § | |
| JUAN PIÑA, JR., A Minor, | § | |
| | § | CIVIL ACTION NO. B-00-111 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| DOROTHY MARCHAN, | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

NOV 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW TELEPHONIC ATTENDANCE AT INITIAL PRE-TRIAL CONFERENCE

On this the 14th day of November, 2000, came on to be considered Plaintiff's Unopposed Motion to Allow Telephonic Attendance Initial Pre-Trial Conference, filed in the above-entitled and numbered cause. The Court finds that the Motion, being in the best interests of justice and unopposed by opposing counsel, should be granted.

IT IS THE ORDER OF THE COURT that Plaintiff's counsel, Raul Steven Pastrana, be allowed to telephonically attend the November 21, 2000, initial pre-trial conference, with Mr. Pastrana initiating the call to the Court at 2:00 p.m. on said date.

SIGNED this 14th day of November, 2000.


_____
Hilda G. Tagle
United States District Judge