Case 1:00-cv-00111  Document 9  Filed in TXSD on 11/17/2000  Page 1 of 3
2102261133           BRACEWELL&PATTERSON            F-861 T-508 P-004    NOV 16 '00 14:57

9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PINA, SR., Individually And as Next Friend Of JUAN PINA, JR. Plaintiff, | § § § § § | |
| v. | § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN, Defendant. | § § § | |

## DEFENDANT'S UNOPPOSED MOTION TO ATTEND THE INITIAL PRE-TRIAL CONFERENCE BY TELEPHONE

Defendant, Dorothy Marchan files this unopposed motion to request permission for Defendant's counsel to make an appearance at the initial pre-trial conference by telephone and would show the Court as follows:

1. The initial pre-trial conference in this matter is currently scheduled for November 21, 2000 at 2:00 p.m. before this honorable Court in Brownsville, Texas. The offices of Defendant's counsel are located in both Houston, Texas and San Antonio, Texas.

2. Counsel for both parties, Plaintiff, Juan Pina, Sr., Individually and as next friend of Juan Pina, Jr. and Defendant, Dorothy Marchan, have agreed to the proposed Joint Discovery/Case Management Plan Under Rule 26(f), filed with the Court on or about November 9, 2000. There are no motions pending before the Court which need to be addressed at the initial pre-trial conference. Counsel have thus far been cooperative in exploring avenues of mediating this dispute and, should such mediation prove futile, narrowing the issues for trial.

3.  Plaintiff's counsel, Raul Steven Pastrana, has filed and the Court has granted an unopposed motion to attend the initial pretrial conference scheduled for November 21, 2000, by telephone.

4.  In light of Plaintiff's motion to attend the initial pretrial by telephone, Defendant would respectfully request the same courtesies to allow Defendant's counsel, Yuri A. Calderon, to attend the scheduled pre-trial conference by telephone. Counsel for Defendant shall be available at (210) 299-3579 for the telephone conference at 2:00 p.m. on November 21, 2000.

5.  Defendant's counsel has conferred with Plaintiff's counsel and confirmed that Plaintiff does not oppose this motion.

Defendant prays that the Court grant this motion and permit Defendant's counsel, Yuri A. Calderon, to attend the initial pre-trial conference scheduled at 2:00 p.m. on November 21, 2000 by telephone.

Respectfully submitted,

Bracewell & Patterson, L.L.P.

By: _____
Yuri A. Calderon
State Bar No. 00783779
**Attorney-in-charge**

Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
(210) 226-1166 - Telephone
(713) 226-1133 - Facsimile

ATTORNEYS FOR DEFENDANT,
Dorothy Marchan

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Defendant's Unopposed Motion to Attend the Initial Pretrial Conference by Telephone via Telecopy and U.S. First Class Mail to Raul Steven Pastrana, Pastrana Law Firm, 812 San Antonio Street, Suite G20, Austin, Texas 78701 counsel of record for Plaintiff, on November 16, 2000.

_____
Yuri A. Calderón

CALDYA\068296\000006
SAN ANTONIO\534632.1