IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PINA, SR., Individually And as Next Friend Of JUAN PINA, JR. Plaintiff, | § § § § § | |
| v. | § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN, Defendant. | § § § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO ATTEND PRETRIAL CONFERENCE BY TELEPHONE**

On this ___ day of November, 2000, came on to be considered Defendant's Unopposed Motion to Attend Pretrial Conference by Telephone, filed in the above-entitled and numbered cause. The Court finds that this Motion, being in the best interests of justice and unopposed by opposing counsel, should be granted.

IT IS THEREFORE ORDERED that Defendant's counsel, Yuri Calderon, be allowed to telephonically attend the initial pretrial conference scheduled for November 21, 2000 at 2:00 p.m.

SIGNED this _17th_ day of November, 2000.

_____
Hilda G. Tagle
United States District Judge