11

# Civil Courtroom Minutes

**United States District Court**
**Southern District of Texas**
**FILED**
**NOV 21 2000**
~~Michael~~ N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo   ☐ Koerner   ☐ _____ |
| DATE | 11 / 21 / 00 |
| TIME | ☐ a.m.  2:28 p.m.  —  ☐ a.m.  2:43 p.m. |
| CIVIL ACTION | B - 00 - 111 |
| STYLE | Pina *versus* Marchan |

DOCKET ENTRY

(HGT)  ■ Hearing;   Estimated **2** day trial   ☐ Bench   ■ Jury Trial

Steve Pastrana                    for   ■ Ptf. #_____   ☐ Deft. #_____

Mr. Calderon                      for   ☐ Ptf. #_____   ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:

☐   Motions taken under advisement:

Comments:

    The Parties indicated that they were amenable to mediation but not until some discovery has taken place. Plaintiff's counsel stated that since the issue in this case is damages, the focus of discovery would be how the boy fared before and after the bite. Experts would be used to quantify the change. Although Plaintiff's counsel indicated that claims made under the 4th, 5th, and 14th Amendments would most likely be streamlined, this would be decided after discovery. The claim under 1983 is that Defendant was the ultimate authority when it came to discipline at the school, and that the bite was a disciplinary measure.

1