13

**SOLAR & ASSOCIATES**
Attorneys at Law
A Registered Limited Liability Partnership

United States District Court
Southern District of Texas
FILED

APR 3 0 2001

Michael N. Milby
Clerk of Court

James DeAnda

E-Mail: jdeanda@solarlaw.com

April 27, 2001

Honorable Hilda G. Tagle
United States District Judge
3041 Federal Building
600 East Harrison Street
Brownsville, Texas 78520-7114

Re:   B-00-111, *Juan Pina, Sr. v. Dorothy Marchan*

Dear Judge Tagle:

      A mediation held in the above case on April 26 was recessed. The parties are attempting to formulate a treatment plan for the minor plaintiff which will be included in a proposed settlement agreement. The litigants agree that an additional four month period is necessary to accomplish this and to pursue discovery which is being suspended with the hope that the case will be resolved without additional litigation expense. I concur with the parties that this additional time is required to achieve a desired settlement. A joint motion will be filed by the parties requesting this extension and I recommend to the court that it grant this request.

Sincerely yours,

James DeAnda
Mediator

JDA:sm

Copy:  Mr. Yuri Calderon
          Mr. Arturo Michel
          Mr. Raul Pastranos