14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PINA, SR., Individually | § | |
| And as Next Friend Of | § | |
| JUAN PINA, JR. | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-111 |
| | § | |
| DOROTHY MARCHAN, | § | |
|     Defendant. | § | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

The Plaintiff, Juan Pina, Sr., Individually and as Next Friend of Juan Pina, Jr. and Defendant, Dorothy Marchan, moves to extend the discovery deadline as follows:

1.     <u>Background</u>. The Plaintiff, Juan Pina, Sr., Individually and as Next Friend to Juan Pina, Jr., has filed suit against Defendant, Dorothy Marchan, claiming negligence, intentional infliction of emotional distress, Fourth and Fourteenth Amendment violations and assault arising out of an incident which occurred on September 14, 1998 between the Plaintiff's son, Juan Pina, Jr., a former student at Derry Elementary School, and Dorothy Marchan, Principal of Derry Elementary School.

2.     On December 20, 2000, the Court entered its Rule 16 of the Federal Rules of Civil Procedure Scheduling Order, which imposed June 22, 2001 as the discovery deadline. The parties commenced some initial discovery shortly after the Court entered its Scheduling Order. Shortly thereafter, however, the parties initiated settlement discussions and agreed to abate further discovery until after the parties participated in a mediation.

3.     <u>Extension of Discovery Deadlines</u>. On April 26, 2001, the parties participated in a mediation in an attempt to resolve this matter. Although the parties were unable to reach an agreement, considerable progress was made toward settlement. The parties and the mediator have agreed to

continue settlement negotiations over the next several weeks in an attempt to reach a settlement in the matter.

4. In the interim, the parties have agreed to further postpone discovery in an attempt to minimize fees and expenses during the settlement negotiations. The mediator has also recommended this postponement of discovery. (See attached Exhibit 1). The parties have agreed to a 120 day extension of the Rule 16 F.R.C.P. Scheduling Order as follows:

| | |
|---|---|
| July 28, 2001 | Deadline for Plaintiff to file expert witnesses' reports for experts previously identified by Plaintiff. |
| August 27, 2001 | Deadline for Defendant to designate expert witnesses and provide a report for each expert identified. |
| October 22, 2001 | Discovery Deadline: All discovery must be completed by this date. |
| November 9, 2001 | Dispositive Motions Deadline |

5. The continuing settlement negotiations constitutes good cause for providing additional time to complete discovery.

6. This motion is not filed for the purposes of delay, but only so that justice shall be served.

7. <u>Relief Requested</u>. The parties respectfully request that the Court grant this joint motion to extend the deadlines for the discovery as set forth herein.

Respectfully submitted,

PASTRANA LAW FIRM
812 San Antonio St., Suite G-20
Austin, Texas 78701
Telephone: (512) 474-4487
Facsimile: (512) 322-9885

_____
Raul Steven Pastrana
State Bar No. 15560845
Federal I.D. No. 24519
State Bar No. 15560845

Attorney for Plaintiff

-2-

-and-

Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
Telephone:    (210) 226-1166
Facsimile:    (210) 226-1133

_____
Yuri A. Calderon
State Bar No. 00783779
Federal I.D. No. 15264

Attorney for Defendant