15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PINA, SR., Individually And As Next Friend of JUAN PINA, JR. Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN, Defendant. | § § § | |

## ORDER

BE IT REMEMBERED that on May 30, 2001, the Court hereby **DENIED** the Joint Motion to Extend Discovery Deadline [Dkt. No. 14].

DONE at Brownsville, Texas, this 30th day of May 2001.

_____
Hilda G. Tagle
United States District Judge

1