17

United States District Court
Southern District of Texas
FILED

JUN 21 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PINA, SR., Individually And as Next Friend Of JUAN PINA, JR. | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN, | § § | |
| Defendant. | § | |

## DEFENDANT'S DESIGNATION OF EXPERT WITNESS

TO: Plaintiff, JUAN PINA, SR., Individually and
as Next Friend of Juan Pina, Jr.
By and through his attorney of record
Raul Steven Pastrana
Pastrana Law Firm
812 San Antonio Street, Suite G20
Austin, Texas 78701

Defendant, DOROTHY MARCHAN hereby designates the following expert witness pursuant to Rule 26(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE as follows:

1   Dr. JoAnn Murphey
    12915 Jones Maltsberger, Suite 400
    San Antonio, Texas 78230
    (210) 495-0221

Dr. Murphey is scheduled to evaluate and test Juan Pina, Jr. for his behavioral and/or psychological disorders and any effect that the incident in question may have had on him. Dr. Murphey's expert report will be provided upon her completion of the independent medical examination of Plaintiff, Juan Pina, Jr.

The Defendant's list may be supplemented after further investigation.



Respectfully submitted,

Bracewell & Patterson, L.L.P.

By: _____
Yuri A. Calderón
State Bar No. 00783779
**Attorney-in-charge**

Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
(210) 226-1166 - Telephone
(713) 226-1133 - Facsimile

ATTORNEYS FOR DEFENDANT,
Dorothy Marchan

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of Defendant's Designation of Expert Witness via U.S. Certified Mail, Return Receipt Requested, to Raul Steven Pastrana, Pastrana Law Firm, 812 San Antonio Street, Suite G20, Austin, Texas 78701 counsel of record for Plaintiff, on June 20th, 2001.

_____
Yuri A. Calderón