IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

Juan Pina Sr. ET. AL.

Vs.

Dorothy Mouchder

ACTION NO. 00-111

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on __6/25/01__, the Court STRUCK the filing entitled __Dft's Designation of Expert Witness #17__ because it did not comply with one or more of the following Local Rules:

1. ____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   - (a) state bar number; or
   - (b) Southern District of Texas Federal Bar Number; or
   - (c) office address including zip code; or
   - (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

   [(a) and (b) circled]

4. ____ A copy of the filing was not provided (LR 5.2).

5. ____ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D), CrLR12.2).

7. ____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this __25th__ day of __June, 2001__.

Hilda G. Tagle
United States District Judge