25

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

### ADR MEMORANDUM TO CLERK OF COURT
(To be submitted in duplicate within
10 days after completion of ADR)

Juan Pina, Sr., Individually and As
Next Friend of Juan Pina, Jr.
        **Plaintiff(s),**

VS.

Dorothy Marchan
        **Defendant(s).**

BROWNSVILLE DIVISION

CIVIL ACTION NO. B-00-111

**ADR METHOD:**    Mediation __X__      Arbitration _____
                 Mini-Trial _____      Summary Jury Trial _____

**TYPE OF CASE:** _Section 1983_

1. Please check one of the following:
   The case referred to ADR settled __X__ or did not settle ___ .

2. My total fee and expenses were: $2,800.00.

3. Names, addresses and telephone numbers of all parties and all counsel of record:

Plaintiff(s):

Juan Pina, Sr.
P. O. Box 1184
Laguna Vista, Texas 78578
(956) 943-3388

Counsel for Plaintiff(s):

Raul Steven Pastrana
Pastrana Law Firm
812 San Antonio Street, Suite G20
Austin, Texas 78701
(512) 474-4487
(512) 322-9885 (Fax)

Defendant(s):

Dorothy Marchan
P. O. Box 13492
Port Isabel, Texas 78578
(956) 943-0070

Attorney for Defendant(s):

Yuri A. Calderon
Bracewell & Patterson
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
(210) 226-1166
(210) 226-1133 (Fax)

ADR Provider:

Name: _____ James DeAnda _____

Date: July 9, 2001          Signature: _____[signature]_____