26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PIÑA, SR., Individually | § | |
| And as Next Friend Of | § | |
| JUAN PIÑA, JR. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-111 |
| | § | |
| DOROTHY MARCHAN, | § | |
| Defendant. | § | |

## AGREED MOTION FOR APPOINTMENT OF
## GUARDIAN AD LITEM

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, Plaintiff JUAN PIÑA, SR., individually and as next friend of his son, Juan Piña, Jr., (hereafter referred to as the "Child"), and Defendant DOROTHY MARCHAN, by and through their respective attorneys, and would make this their Agreed Motion to the Court for appointment of a guardian ad litem to represent the interests of the Child in the above-styled cause, and in support thereof would show the Court as follows:

1. Plaintiff and Defendant would represent unto the Court that the above case has been settled, but because settlement involves the interest of the Child, who is a minor, the parties feel it in the best interest of the Child to have a guardian ad litem appointed to represent his interests at a hearing for approval of the settlement.

2. The parties have agreed, if acceptable to the Court, on the appointment Mr. Louis Solora as the guardian ad litem. Mr. Solora is duly licensed to practice law in the State

1

of Texas and before this Honorable Court, and is familiar with the legal and factual issues presented in the case at hand. Mr. Solora has been provided a summary of the case, and has indicated his availability to undertake the responsibility of any such appointment. The following information pertains to Mr. Solora:

> Louis Solora
> Attorney at Law
> 2355 Barnard, Suite A
> Brownsville, Texas 78520
> (956) 504-2911
> (956) 544-7766 [facsimile]
> Federal Bar No. 19533
> Texas Bar No. 00794990

3. Plaintiff and Defendant would further request that the Court, after review of this Motion, grant same and order that a guardian ad litem be appointed to represent the interest of the Child in the above cause at any hearing which the proposed settlement will be presented to the Court for its approval.

Respectfully submitted,

**PASTRANA LAW FIRM**
812 San Antonio St., Suite G-20
Austin, Texas 78701
Telephone: (512) 474-4487
Facsimile: (512) 322-9885

Raul Steven Pastrana
Federal I.D. No. 24519
State Bar No. 15560845

Attorney for Plaintiff

2

-and-

**Bracewell & Patterson, L.L.P.**
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, Texas 78205
Telephone:   (210) 226-1166
Facsimile:    (210) 226-1133


_____
Yuri A. Calderon
State Bar No. 00783779
Federal I.D. No. 15264

Attorney for Defendant

3