27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PIÑA, SR., Individually | § | |
| And as Next Friend Of | § | |
| JUAN PIÑA, JR. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-111 |
| | § | |
| DOROTHY MARCHAN, | § | |
| Defendant. | § | |

## ORDER APPOINTING GUARDIAN AD LITEM

On this day came on to be heard the Agreed Motion for Appointment of Guardian Ad Litem, and the Court, having reviewed the same and all parties having indicated their agreement to the Motion being granted, the Court finds as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that LOUIS SOROLA be appointed as Guardian Ad Litem to represent the interests of JUAN PIÑA, JR., a minor, in the above cause. The Guardian Ad Litem is to review the factual and legal circumstances surrounding the above case and, after said review, to attend any hearing at which a proposed settlement will be submitted to the Court for its approval. All costs for legal services rendered and/or costs incurred by the Guardian Ad Litem are to be paid by the insurance carrier for Defendant.

SIGNED: July 23 2001, 2000.

_____
Judge Presiding

1

## GUARDIAN AD LITEM APPOINTED:

Name: _____LOUIS SOROLA_____

Address: ___2355 Barnard, Suite A___

_____Brownsville, Texas 78520_____

Phone: _____(956) 504-2911_____

Facsimile: ___(956) 544-7766_____


## APPROVED AS TO FORM & SUBSTANCE:

_____
**Raul Steven Pastrana**
Federal I.D. No. 24519
Attorney for Plaintiff


_____
**Yuri A. Calderon**
Federal I.D. No. 15264
Attorney for Defendant

2