United States District Court
Southern District of Texas
FILED

AUG 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PINA, SR., Individually and as Next Friend of JUAN PINA, JR. Plaintiff, | § § § § | |
| V. | § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN Defendant. | § § § | |

## AGREED MOTION FOR FINAL HEARING

TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES, LOUIS S. SOROLA, Guardian Ad Litem for JUAN PINA, JR., in the above entitled and numbered cause, and respectfully moves the Court to set this cause for final hearing.

WHEREFORE, Guardian Ad Litem and the other parties pray that the Court set the above entitled an numbered cause for final hearing to seek approval from the Court as to the terms of settlement.

Respectfully submitted,

_____
By: LOUIS S. SOROLA
Texas Bar No. 00794990
Fed Id No. 19533

Guardian Ad Litem for
Plaintiff, Juan Pina, Jr.

OF COUNSEL:

SOROLA & GARCIA, P.L.L.C.
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766

1

## CERTIFICATE OF CONSULTATION

I certify that on August 14, 2001, I advised Plaintiffs' attorney and Defendant's attorney that I would submit this Agreed Motion for Final Hearing and proposed Order to the Court Plaintiffs' attorney and Defendant's attorney advised that they had no objection and that they and their clients concurred with the settlement terms reached and the date and time for final hearing.

_____
Louis S. Sorola

## CERTIFICATE OF SERVICE

Pursuant to the provisions of Fed. R. Civ. P 5, I certify that on the 15th day of August, 2001, a true and correct copy of the foregoing pleading was forwarded via facsimile to counsel of record as follows:

Mr. Raul Steven Pastrana            (512) 322-9885

Mr. Yuri A. Calderon                (210) 226-1133

_____
Louis S. Sorola

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PINA, SR., Individually and as Next Friend of JUAN PINA, JR. Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN Defendant. | § § § | |

## ORDER SETTING FINAL HEARING

BE IT REMEMBERED that on this day came on to be considered the foregoing Agreed Motion For Final Hearing and the Court after considering the same is of the opinion that the same should be set for hearing;

IT IS, THEREFORE, ORDERED that the above entitled and numbered cause be and the same is hereby set for final hearing on the 27th day of August, 2001, at 3:00 o'clock p.m.

SIGNED, this _____ day of _____, 2001

_____
Judge Presiding