29

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PINA, SR., Individually and as Next Friend of JUAN PINA, JR. Plaintiff, | § § § § | |
| V. | § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN Defendant. | § § § | |

## ORDER SETTING FINAL HEARING

BE IT REMEMBERED that on this day came on to be considered the foregoing Agreed Motion For Final Hearing and the Court after considering the same is of the opinion that the same should be set for hearing;

IT IS, THEREFORE, ORDERED that the above entitled and numbered cause be and the same is hereby set for final hearing on the 27th day of August, 2001, at 3:00 o'clock p m

SIGNED, this 17 day of August, 2001

_____
Judge Presiding