30

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
AUG 27 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner    ■ Fajardo |
| DATE | Aug. | 27, | 2001 |
| TIME | ☐ a.m. / 3:20 p.m. | ☐ a.m. / 3:35 p.m. |
| CIVIL ACTION | B | 00 | 111 |
| STYLE | Pina, et al.<br>*versus*<br>Marchan |

DOCKET ENTRY

(HGT)   ■ Hearing;   _____ day   ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

Steve Pastrana for   ■ Ptf. #_____   ☐ Deft. #_____

Yuri A. Calderon for   ☐ Ptf. #_____   ■ Deft. #_____

Louis Sorola as Guardian ad Litem for Juan Pina Jr.

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:

_____

_____

☐   Motions taken under advisement: _____

☐   Order to be entered.

☐   Miscellaneous review set: _____

☐   Rulings orally rendered on: _____

■   Comments:

All the attorneys, as well as Juan Pina Sr., gave oral testimony regarding settlement. A Final Order of Dismissal was signed by the Court.