31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PINA, SR., Individually And As Next Friend of JUAN PINA, Jr. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-111 |
| DOROTHY MARCHAN, | § § | |
| Defendant. | § | |

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed August 27, 2001, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge