3.

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

PINA §
 §
 §
versus § CIVIL ACTION: B: 00-111
 §
 §
MARCHAN §

**Order Setting Teleconference**

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

A telephone conference is hereby scheduled for **September 4, 2001 at 4:00 p.m.** The Case Manager will initiate the call at this time. All counsel must be on standby until called.

Signed on _August 31_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE