33

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN PINA, SR., Individually And As Next Friend of JUAN PINA, Jr.<br><br>    Plaintiff,<br><br>v.<br><br>DOROTHY MARCHAN,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-00-111 |

## Modified Final Order of Dismissal

BE IT REMEMBERED THAT on August 27, 2001, came to be heard the above styled and numbered cause. After considering the pleadings, evidence, and arguments of counsel, the court hereby approves the Compromise, Settlement and Indemnification Agreement and Release of All Claims agreed to by the parties and dismisses this case with prejudice.

This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed September 4, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge